AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Colin H. | U.S. District Court, Western District of Kentucky | 08/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

601 W. Broadway
Louisville, KY
40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Delegate to the American Bar Association House of Delegates | Louisville Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/30/2014 | Return of capital and interest in former firm (Dinsmore & Shohl) commencing 12/31/2015 and ending 12/31/2017 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/02/2015 | Dinsmore & Shohl LLP; return of capital | $23,005.00 |
| 2. 12/02/2015 | Dinsmore & Shohl LLP; return of interest in firm | $33,450.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Salary; Louisville Bar Association |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/6/2015-2/10/2015 | Houston, TX | Attend ABA Midyear Meeting | Airfare |
| 2. | Louisville Bar Association | 2/6/2015-2/10/2015 | Houston, TX | Attend ABA Midyear Meeting | Lodging, Meals, Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 08/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alliance Bernstein CollegeBoundfund 529 | | None | | | Redeemed | 01/12/16 | J | B | |
| 2. | | | | | | | | | |
| 3. Alliance Bernstein CollegeBoundfund 529 | | None | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. American Funds Capital Income Builders Fund | B | Dividend | L | T | Buy (add'l) | 01/29/16 | J | | |
| 6. | | | | | Buy (add'l) | 04/29/16 | K | | |
| 7. | | | | | Sold (part) | 07/29/16 | J | C | |
| 8. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 9. American Funds New World Fund | A | Dividend | K | T | Sold (part) | 04/29/16 | J | D | |
| 10. American Funds The Growth Fund of America | B | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 11. | | | | | Sold (part) | 04/29/16 | J | D | |
| 12. AQR Managed Funds Strategy Funds | A | Dividend | J | T | Sold (part) | 01/29/16 | J | B | |
| 13. | | | | | Sold (part) | 04/29/16 | J | B | |
| 14. Calamos Growth & Income Fund | A | Dividend | J | T | Sold (part) | 04/29/16 | J | D | |
| 15. | | | | | Sold (part) | 07/29/16 | J | D | |
| 16. Charles Schwab Money Market Account | A | Interest | J | T | | | | | |
| 17. Calvert Global Energy Fund | A | Dividend | J | T | Sold (part) | 04/29/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cohen & Steers Realty Fund | A | Dividend | J | T | Sold (part) | 01/29/16 | J | C | |
| 19. | | | | | Sold (part) | 07/29/16 | J | C | |
| 20. Davis New York Venture Fund | B | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 21. Deleware Diversified Income Fund | A | Dividend | K | T | Sold (part) | 01/29/16 | J | C | |
| 22. | | | | | Buy (add'l) | 04/29/16 | K | | |
| 23. Diamond Hill Long Short Fund | A | Dividend | J | T | | | | | |
| 24. Eaton Vance Floating Rate Fund | B | Dividend | K | T | Buy (add'l) | 04/29/16 | K | | |
| 25. Fidelity Advisor Materials Fund | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 26. | | | | | Sold (part) | 04/29/16 | J | B | |
| 27. First Eagle Overseas Fund | B | Dividend | K | T | Sold (part) | 01/29/16 | J | B | |
| 28. | | | | | Sold (part) | 04/29/16 | J | D | |
| 29. Franklin Utilities Fund | A | Dividend | J | T | Buy (add'l) | 04/29/16 | J | | |
| 30. | | | | | Sold (part) | 07/29/16 | J | C | |
| 31. IShares Convertible Bond (X) | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 32. Oppenheimer Developing Markets Fund | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 33. | | | | | Sold (part) | 04/29/16 | J | D | |
| 34. | | | | | Sold (part) | 10/28/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Commodity Real Return Strategy Fund | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 36. | | | | | Buy (add'l) | 04/29/16 | J | | |
| 37. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 38. ROYCE Opportunity Fund | B | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 39. | | | | | Sold (part) | 04/29/16 | K | E | |
| 40. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 41. SCOUT International Fund | | None | | | Sold | 01/29/16 | K | E | |
| 42. Templeton Global Bond Fund (FKA Franklin Templeton Global Bond Fund) | B | Dividend | K | T | Sold (part) | 01/29/16 | J | B | |
| 43. | | | | | Buy (add'l) | 04/29/16 | K | | |
| 44. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 45. | | | | | Sold (part) | 10/28/16 | J | B | |
| 46. Vaguard Developing Markets Fund(X) | B | Dividend | K | T | Buy | 01/29/16 | K | | |
| 47. | | | | | Sold (part) | 04/29/16 | J | C | |
| 48. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 49. Vanguard Mid Cap ETF | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 50. | | | | | Sold (part) | 04/29/16 | K | D | |
| 51. | | | | | Buy (add'l) | 07/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 53. VOYA International Real Estate Fund (FKA ING International RE Fund) | A | Dividend | J | T | Sold (part) | 04/29/16 | J | D | |
| 54. Wasatch Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/29/16 | J | | |
| 55. | | | | | Sold (part) | 04/29/16 | K | E | |
| 56. | | | | | Sold (part) | 07/29/16 | J | C | |
| 57. Westcore Plus Bond Fund (X) | A | Dividend | K | T | Buy | 04/29/16 | K | | |
| 58. | | | | | | | | | |
| 59. American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 60. American Funds New World Fund | A | Dividend | J | T | | | | | |
| 61. American Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 62. AQR Managed Future Strategy Fund | A | Dividend | J | T | | | | | |
| 63. Calamos Growth and Income Fund | A | Dividend | J | T | | | | | |
| 64. Calvert Global Energy Fund | A | Dividend | J | T | | | | | |
| 65. Charles Schwab Money Market Account | A | Interest | J | T | | | | | |
| 66. Cohen & Steers Realty Fund | A | Dividend | J | T | | | | | |
| 67. Davis New York Venture Fund | A | Dividend | J | T | | | | | |
| 68. Deleware Diversified Income Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Diamond Hill Long Short Fund | A | Dividend | J | T | | | | | |
| 70. Eaton Vance Floating Rate Fund | A | Dividend | J | T | | | | | |
| 71. First Eagle Overseas Fund | A | Dividend | J | T | | | | | |
| 72. Franklin Utilities Fund | A | Dividend | J | T | | | | | |
| 73. Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 74. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 75. ROYCE Opportunity Fund | A | Dividend | J | T | | | | | |
| 76. SCOUT International Fund | A | Dividend | | | Sold | 01/29/16 | J | A | |
| 77. Templeton Global Bond Fund (FKA Franklin Templeton Global Bond Fund) | A | Dividend | J | T | | | | | |
| 78. Vanguard Developing Markets Fund (X) | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 79. Vanguard Midcap ETF | A | Dividend | J | T | | | | | |
| 80. VOYA International Real Estate Fund (FKA ING Real Estate Fund) | A | Dividend | J | T | | | | | |
| 81. Wasatch Small Cap Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 08/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts-Spouse's account is small and most transactions were not above the $1000.00 threshold.

Part VII. Investments and Trusts-Templeton Global Bond Fund was FKA Franklin Templeton Global Bond Fund.

Part VII. Investments and Trusts-Per Amendment Request: Lines 16 & 65 (Listed as lines 14 & 62 in the admendment request) Charles Schwab Money Markets are indeed accurate on the initial report. The interest generated on these two accounts is a very nominal amount(less than $5.00 in each account) The amount in these accounts is less than $15,000.

Part VII. Investments and Trusts-Per Admendment Request: Line 47 (2015 Admended) report listed "Dreyfus Midcap Index Fund" but it was not listed in the 2016 report. This asset was listed as Sold on the 2015 report. It had a "sold" date of 8/17/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colin H. Lindsay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544